The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | No. 2:23-cv-00028-JNW<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT** |

Having read all of the papers filed in connection with the Parties' Stipulated Motion to Amend Complaint ("Motion") and considered the issues raised therein,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 12th day of <u>May, 2023.</u>

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION
TO AMEND COMPLAINT - 1

LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

Approved as to form and substance:

| | |
|---|---|
| /s/ Brian Fahling | /s/ Colin George |
| Brian Fahling WSBA #18894 | Colin George WSBA #45131 |
| 8124 NE 166th St | Senior Deputy Prosecuting Attorney |
| Kenmore, WA 98028 | 701 5th Avenue, Suite 600 |
| T: 425.802.7326 | Seattle, WA 98104 |
| E: bfahling@fahlinglaw.com | T: 206.263.6875 |
| | E: cogeorge@kingcounty.gov |
| Attorneys for Jenifer Eshom | Attorneys for King County |
| Date May 3, 2023. | Date May 3, 2023. |

ORDER GRANTING MOTION
TO AMEND COMPLAINT - 2

# CERTIFICATE OF SERVICE

I hereby certify that on the <u>3rd</u> day of <u>May 2023</u>, I electronically filed the forgoing PROPOSED ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT, with the Clerk of Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Colin George
Senior Deputy Prosecuting Attorney
Civil Division/Litigation Section
King County Prosecuting Attorney's Office
701 5th Avenue, Suite 600 | Seattle | WA | 98104
206.263.6875

Paul G. Sewell
Senior Deputy Prosecuting Attorney
561 3rd Ave. #W554
Seattle, WA 98104
Email: paul.sewell@kingcounty.cov

By: <u>/s/ Brian Fahling</u>
Brian Fahling

ORDER GRANTING MOTION
TO AMEND COMPLAINT - 3

LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com