UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>                    Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation,<br>                    Defendant. | CASE NO. 2:23-cv-28<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE, RESET PRE-TRIAL DEADLINES, AND STRIKE STANDING ORDERS |

This matter comes before the Court on Plaintiff Jenifer Eshom and Defendant King County's Stipulated Motion And Proposed Order To Continue Trial Date, Reset Remaining Pre-Trial Deadlines, And Strike Standing Orders. Dkt. No. 22.

The Hon. Lauren King entered a scheduling order in this matter for a trial date of July 15, 2024. Dkt. No. 11. On April 4, 2023, this matter was reassigned to this Court. *See* Dkt. On October 6, 2023, Pacifica Law Group entered a notice of appearance as new lead counsel for Defendant King County. Dkt. Nos. 20, 21.

The parties do not anticipate that discovery will be completed by the current discovery cutoff date of February 12, 2024. Dkt. No. 22, ¶ 2. The parties also

ORDER SETTING TRIAL & RELATED DATES - 1

indicate that they would not be ready for trial by the current trial date of July 15, 2024. *See id.*, ¶ 3. Because of schedule conflicts with other matters, the parties request for this matter's trial date to commence between September 9 and 27, 2024. *Id.*, ¶ 4.

Having reviewed the parties' motion, the Court finds good cause for the requests and STRIKES all standing orders GRANTS and enters a new scheduling order as follows:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | September 9, 2024 |
| Length of trial | 8 days |
| Deadline for filing amended pleadings | February 12, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | February 12, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 13, 2024 |
| Discovery completed by | April 12, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 12, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | July 11, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 31, 2024 |

| EVENT | DATE |
|---|---|
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 19, 2024 |
| Agreed pretrial order due | August 19, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | August 26, 2024 |
| Pretrial conference | September 2, 2024 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

## 1. COOPERATION

As required by LCR 37(a), all discovery matters should be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## 2. EXHIBITS

The parties must deliver the original and two copies of the trial exhibits to Grant Cogswell, Courtroom Deputy, seven days before the trial date. Each exhibit must be clearly marked. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A-1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## 3. SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

It is so ORDERED.

Dated this 21st day of November, 2023.

      Jamal N. Whitehead
      United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 5