UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>                Defendant. | CASE NO. 23-cv-28<br><br>ORDER SETTING TRIAL DATES AND CONSOLIDATED RELATED DATES |
| JOSEPH ESHOM,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>                Defendant. | CASE NO. 24-cv-7 |

On January 19, 2024, the parties in *Jenifer Eshom v. King County*, No. 23-cv-28 and *Joseph Eshom v. King County*, No. 24-cv-7 stipulated to consolidating their cases for discovery purposes only. The Court granted the parties' request and

ORDER SETTING TRIAL DATES AND CONSOLIDATED RELATED DATES - 1

entered the consolidation Order in *Jenifer Eshom*'s case, No. 23-cv-28. On February 28, 2024, the parties submitted substantially similar joint status reports in each case, requesting separate trial dates anytime after April 2025, a joint discovery schedule, and a dual caption. *See* Dkt. No. 27, *Jenifer Eshom v. King County*, No. 23-cv-28; Dkt. No. 12, *Joseph Eshom v. King County*, No. 24-cv-7. On May 7, 2024, the parties notified the Court that trial dates in April 2025 would no longer work due to scheduling conflicts, requesting instead that the trials be set for June or September 2025.

Having reviewed the parties' Joint Status Report and Discovery Plan, as well as other communications from the parties, the Court sets the following trial and related dates in *Jenifer Eshom v. King County*, No. 23-cv-28:

## SCHEDULING DATES

| EVENT | DATE |
| --- | --- |
| JURY TRIAL begins in No. 23-cv-28 | June 9, 2025 |
| Length of trial | 8-10 days |
| Deadline for filing amended pleadings | November 11, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | November 11, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | December 11, 2024 |
| Discovery completed by | January 10, 2025 |
| All dispositive motions and motions challenging | |

| EVENT | DATE |
| --- | --- |
| expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | February 9, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | April 10, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | April 30, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | May 19, 2025 |
| Agreed pretrial order due | May 19, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | May 26, 2025 |
| Pretrial conference | June 2, 2025 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on

the date scheduled but should understand that trial may have to await the completion of other cases.

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, counsel must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 24th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL DATES AND CONSOLIDATED RELATED DATES - 4