HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>　　　　　　　　　　Defendant. | No. 2:23-cv-00028-JNW<br><br>STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN EXPERT DISCOVERY DEADLINES<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 8, 2024 |
| JOSEPH ESHOM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, a Washington municipal corporation,<br><br>　　　　　　　　　　Defendant. | No. 2:23-cv-00007-JNW |

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN EXPERT DISCOVERY DEADLINES – 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**STIPULATED MOTION**

Plaintiffs Jenifer and Joseph Eshom and Defendant King County jointly request that this Court vacate the current deadlines concerning expert financial testimony (i.e., November 11, 2024, and December 11, 2024 (Dkt. 30 (2:16-17))). The parties jointly further request that this Court establish the following deadlines concerning expert financial testimony:

    A. December 9, 2024 – Deadline to Disclose Expert Financial Testimony; and

    B. January 9, 2025 – Deadline to Disclose Rebuttal Expert Financial Testimony.

Neither requested deadline requires an extension of the current discovery cutoff (i.e., January 10, 2025 (*id.* (2:22-23))).

Good cause supports this joint request because King County has been working in good faith to obtain financial discovery from Plaintiffs. After several discovery conferences, the parties have an agreement that they believe will eliminate the need for a motion to compel. Providing the parties their requested continuance will therefore conserve judicial resources as well as help facilitate just, speedy, and inexpensive determinations in this action. Fed. R. Civ. P. 1.

Stipulated to this 8th day of November 2024.

| PACIFICA LAW GROUP LLP | LAW OFFICE OF BRIAN FAHLING |
|---|---|
| *s/ Jessica A. Skelton* <br> Zachary J. Pekelis, WSBA #44557 <br> Jessica A. Skelton, WSBA #36748 <br> Jacob A. Zuniga, WSBA #48458 <br><br> *Attorneys for Defendant King County* | *s/ Brian Fahling* <br> Brian Fahling, WSBA #18894 <br> *Attorney for Plaintiffs* |

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN EXPERT DISCOVERY DEADLINES – 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**ORDER**

The Court grants the parties' stipulated motion. It is therefore ordered as follows:

The current deadlines concerning expert financial testimony (i.e., November 11, 2024, and December 11, 2024 (Dkt. 30 (2:16-17)) are vacated.

The following deadlines concerning expert financial testimony are established:

    A. December 9, 2024 – Deadline to Disclose Expert Financial Testimony; and

    B. January 9, 2025 – Deadline to Disclose Rebuttal Expert Financial Testimony.

Dated this 12th day of November 2024.

_____
Honorable Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN EXPERT DISCOVERY DEADLINES – 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750