UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENIFER ESHOM,<br><br>             Plaintiff,<br>   v.<br><br>KING COUNTY,<br><br>             Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-28 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Defendant's motions for summary judgment, Dkt. No. 49, is GRANTED.

Plaintiffs' claims are DISMISSED with prejudice.

    Dated November 14, 2025.

                                          Ravi Subramanian
                                          Clerk of Court

                                          Kathleen R. Albert
                                          Deputy Clerk